# EXHIBIT A

PARKING REVENUE RECOVERY SERVICES, INC
PO BOX 440350
AURORA CO 80044
(877) 302-7275

*877-302-7275*
*Appeals @ prrs parking .com*

| | |
|---|---|
| **Notice Number:** | ACEDAL-088319 |
| **Date Of Notice:** | 06/16/2024 |
| **Plate:** | RNS1842 |
| **State:** | Texas |
| **BALANCE DUE: $90.00** | |



||lⁱ||lᵢᵢₗⁱ|ₗⁱᵢᵢⁱₗₗⁱ||ₗ||||||ₗᵢₗₗₗ|ⁱ||ₗₗⁱₗⁱₗⁱₗ|ⁱ|ₗ||ⁱₗ||ⁱ|ⁱ|ₗ|ᵢₗ|
************AUTO**ALL FOR AADC 752 Tray 18 : Piece 4263
ROBERT LOYD TOBEY
12018 LUEDERS LN
DALLAS TX 75230-2373

---

IF PAYING VIA MAIL, DETACH HERE AND INCLUDE THE ABOVE WITH YOUR REMITTANCE ✂

# NOTICE OF NON-COMPLIANCE

| | |
|---|---|
| **Issuer/Creditor** | Parking Revenue Recovery Services, Inc |
| **Date Issued** | 06/11/2024 11:07 AM (CT) |
| **Location** | TX, Dallas, 900 Main Street |
| **Violation** | Ticket expired while parking |
| **Notice Fee** | $90.00 |


[Entry]: 06/11/2024 8:56 AM (CT)


[Exit]: 06/11/2024 11:07 AM (CT)

*The vehicle described above was parked on private property on the date of issuance and was in breach of the posted rules and use limitations of the identified property location. Parking Revenue Recovery Services, Inc. is NOT a governmental or affiliated agency. After **30 days** from the date of the notice, the account will be considered in default and assigned to a debt collector. The above vehicle may be subject to towing or booting, and the owner may be liable for additional costs and fees, to the extent permitted by law. When you entered the facility, you agreed the sole remedy for all unresolved disputes is binding arbitration and specifically waived the rights to a jury trial, class action and/or class arbitration.*

| PAY NOW  | CHECK NOTICE STATUS 🖵 | PAY BY CHECK ✉ |
|---|---|---|
| To pay this notice by Credit/Debit Card, **scan the QR code**  or **visit our webpage** at **https://arc.asuratechnologies.com/Payment** | Parking Payment Providers sometimes report valid payments or monthly permits late to PRRS. When we receive notice of payment we dismiss the notice. If you believe you received a notice in error, check the status of your notice before submitting a dispute at **https://arc.asuratechnologies.com/Payment** | **Mail the notice coupon above and check** to the following address. Write the Notice number stated above on your check. Make your check payable to PRRS. DO NOT SEND CASH! <br><br> Payment Center PRRS <br> PO Box 440350 <br> Aurora, CO 80044 |

## TO DISPUTE THIS NOTICE

PRRS takes many steps to ensure the information provided by 3rd parties and our own information is correct. However, PRRS understands that errors can occur. PRRS investigates all disputes submitted via the following link promptly.

## https://disputes.prrsparking.com

If you have proof of payment or a valid monthly permit, please submit a copy of the payment receipt or permit at: https://disputes.prrsparking.com

Parking Revenue Recovery Services has the exclusive authority to review and resolve all disputes concerning this Notice. Please submit all requests and disputes to PRRS directly within 30 days of receipt of this Notice.

**Online**  For quickest resolution, submit your dispute with required information to **https://disputes.prrsparking.com**

**Phone**  (877) 302-7275