**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ROBERT TOBEY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:24-cv-2932-X |
| ACE PARKING MANAGEMENT, INC. AND PARKING REVENUE RECOVERY SERVICES, INC., | § § § § | |
| Defendants. | § § | |

**DEFENDANT PARKING REVENUE RECOVERY SERVICES, INC. UNOPPOSED
MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Local Rule 83.12, Defendant, Parking Revenue Recovery Services, Inc. ("PRRS"), files this Unopposed Motion to Withdraw and for Substitution of Counsel ("Motion"). In support of this Motion, PRRS shows as follows:

1.    Munck Wilson Mandala, LLP ("MWM") and its attorneys, PRRS's current counsel in this case, desire to withdraw and be replaced simultaneously by Foley & Lardner LLP ("Foley") and its attorneys, such that the Court's order granting this Motion effects both the substitution of the succeeding attorneys and the withdrawal of the attorneys being replaced.

2.    PRRS consents to this withdrawal and substitution, and no parties oppose the relief sought in this Motion.

3.    On November 21, 2024, Plaintiff Robert Tobey ("Plaintiff") filed his putative class action complaint against Defendants PRRS and ACE Parking Management, Inc. ("ACE"). See

1

4917-7626-8321.2

Dkt. 1. On January 23, 2025, PRRS filed its Motion to Dismiss, Motion to Compel Arbitration and Stay Proceedings, and Motion to Stay Discovery. See Dkt. 15, Dkt. 18, Dkt. 22. On February 6, 2025, ACE filed its Motion to Dismiss and Motion to Compel Arbitration. See Dkt. 26, Dkt. 28.

4.      On January 24, 2025, Plaintiff filed an Agreed Motion to Extend Deadline to Respond to Defendants' Responsive Motions. See Dkt. 24. On January 28, 2025, this Court granted the Agreed Motion to Extend Deadline to Respond to Defendants' Responsive Motions, and Plaintiff's deadline to respond to Defendants' responsive motions is March 15, 2025. See Dkt. 26.

5.      On February 19, 2025, Plaintiff filed its Motion for Class Certification. Dkt. 30. On February 20, 2025, Defendants filed an unopposed Agreed Motion to Extend Deadline to Respond to Motion for Class Certification and to Stay Proceedings, which requested the Court to extend the deadline to respond to Plaintiff's Motion for Class Certification and to stay discovery until this Court rules on Defendants' respective motions to dismiss and motions to compel arbitration. See Dkt. 33.

6.      PRRS requests that the Court grant this Motion, such that counsel at MWM (including Shain Khoshbin, Tracy J. Carson, J. David Rowe, and Robert E. Linkin) are withdrawn and discharged as counsel for Defendant PRRS in this case, and Foley and Lardner LLP (Robert Slovak) is simultaneously substituted as counsel for Defendant PRRS in this case.

7.      The contact information for PRRS's new counsel is as follows:

> Robert T. Slovak
> Texas Bar No. 24013523
> rslovak@foley.com
> Foley & Lardner LLP
> 2021 McKinney, Suite 1600
> Dallas, Texas 75201
> Tel:     214.999.4334
> Fax:     214.999.4667

2

8.      This withdrawal is not sought for delay and Defendant PPRS does not anticipate this substitution of counsel causing any delays of any current deadlines. In accordance with Local Rule 83.12(d), the withdrawing attorney is being replaced simultaneously, so Defendant PRRS requests that the Court order both the withdrawal and substitution in the same order.

WHEREFORE, counsel for Defendant PRRS requests that the Court enter an order granting this Motion, such that Munck Wilson Mandala, LLP and its attorneys (including Shain Khoshbin, Tracy J. Carson, J. David Rowe, and Robert E. Linkin) are withdrawn and discharged as counsel for Defendant PRRS in this case, and Foley and Lardner LLP and its attorney (Robert Slovak) is simultaneously substituted as counsel for Defendant PRRS in this case.

Date: February 27, 2025                 Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Robert T. Slovak*
Robert T. Slovak
Texas Bar No. 24013523
rslovak@foley.com
2021 McKinney, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-4334
Facsimile: (214) 999-4667


*/s/ Shain A. Khoshbin (with permission)*
Shain A. Khoshbin
Texas Bar No. 11375975
skhoshbin@munckwilson.com
Tracy J. Carson
Texas Bar No. 24101600
tcarson@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201
Telephone: (972) 628-3600
Facsimile: (972) 628-3616

4917-7626-8321.2

J. David Rowe
Texas Bar No. 00794564
drowe@munckwilson.com
Robert E. Linkin
Texas Bar No. 00795773
rlinkin@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
807 Las Cimas Parkway, Suite 300
Austin, Texas 78746
Telephone: (737) 201-1600
Facsimile: (737) 201-1601

**COUNSEL FOR DEFENDANT PARKING
REVENUE RECOVERY SERVICES, INC.**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the above and foregoing document has been served on February 27, 2025 on all counsel of record who are deemed to have consented to electronic service *via* the Court's CM/ECF system.

*/s/ Robert T. Slovak*
Robert T. Slovak

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1, counsel for Defendant PRRS certifies that on February 27, 2025, he conferred with counsel for Plaintiff and ACE and represents that the relief sought in this Motion is unopposed.

*/s/ Robert T. Slovak*
Robert T. Slovak

4

4917-7626-8321.2